No. 71–6682. STOCKMAN v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 71–6759. HUTCHINSON v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 71–6799. CRAWFORD v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 71–6840. MCLAIN v. ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 71–6853. TAFOYA, AKA HERRERA v. EYMAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 71–6863. KOMES v. CALIFORNIA. App. Dept., Super. Ct. Cal., County of Santa Clara. Certiorari denied.

No. 71–6877. MOORE v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 71–6914. SNIPES v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 71–6920. BULLY v. HENDERSON, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 71–6930. TYLER v. SWENSON, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 72–59. UNITED STATES v. HARTFORD ACCIDENT & INDEMNITY CO. C. A. 9th Cir. Certiorari denied.

No. 72–202. IN RE MACLEOD. Sup. Ct. Mo. Certiorari denied.